UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIS W. CORBETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| ST. LOUIS COUNTY NAACP, et al., | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | Cause No. 4:01CV02006CDP |
| | ) | |
| EVERET BALLARD, et al., | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. SULLIVAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accord with the Memorandum Opinion entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that

the existing St. Louis County Council districts are in violation of the fourteenth

amendment to the United States Constitution and Article I, Section 2 of the

Constitution of the State of Missouri.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the

redistricting plan adopted by the Court and referred to in the Memorandum

Opinion entered this day, and more fully set out in Appendices A, B and F to that

47

opinion, is declared to meet all requirements of the federal and state constitutions, the Voting Rights Act, and the St. Louis County Charter.  The districts set forth in that plan are therefore adopted as the district lines for the St. Louis County Council.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendants, collectively known as the St. Louis Board of Election Commissioners, shall take all steps necessary to implement said plan and to assure that it is used for conducting County Council elections from this date forward.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2002.

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 02/21/02 by ldreon
                    4:01cv2006    Corbett vs Sullivan

42:1983 Civil Rights Act

```
Gordon Ankney -  2525               Fax: 314-552-7003
Lawrence Friedman -  3159           Fax: 314-552-7039
Mark Hearne -  10493                Fax: 314-613-2550
Stephanie Karr -  31774             Fax: 314-725-8789
Amy Marchant -  100302              Fax: 314-613-2550
Michael Morris -  3900              Fax: 314-552-7082
Kevin O'Keefe -  10578              Fax: 314-725-8789
Robert Rodenbush -  78451           Fax: 314-613-2550
Stephen Schoenbeck -  4299          Fax: 314-613-2550
Steven Sherman -  84878             Fax: 314-552-7000
Elbert Walton -  5481               Fax: 314-388-1325
Jacob Zimmerman -  102779           Fax: 314-552-7000
```

SCANNED & FAXED BY:

FEB 2 1 2002

DJO